DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ZACHARY M. WAGNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00014 GSA |
|     *Plaintiff,* | STIPULATION TO CONTINUE FURTHER ARRAIGNMENT AND PLEA; ORDER THEREON |
|   v. | |
| ZACHARY M. WAGNER, | Date :  February 10, 2011<br>Time:  10:00 a.m. |
|     *Defendant.* | Judge: Hon. Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Arraignment and Plea Hearing in the above-captioned matter scheduled for January 27, 2011 before Judge Snyder, **may be continued to February 10, 2011, at 10:00 a.m.** before Judge Austin.

This continuance is requested to allow Defendant to attend his father's funeral which is scheduled for January 27, 2011, the date of the hearing.

///
///
///
///
///
///

1    ///

2         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

3    justice, including but not limited to, the need for the period of time set forth herein for further defense

4    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

5                                             BENJAMIN B. WAGNER
                                              United States Attorney
6

7    DATED: January 25, 2011                  /s/ Brian W. Enos
                                              BRIAN W. ENOS
8                                             Assistant United States Attorney
                                              Attorney for Plaintiff
9

10                                            DANIEL J. BRODERICK
                                              Federal Defender
11

12   DATED: January 25, 2011                  /s/ Rachel W. Hill
                                              RACHEL W. HILL
13                                            Assistant Federal Defender
                                              Attorney for Defendant
14                                            ZACHARY M. WAGNER

15

16

17

18                                    **O R D E R**

19

20        **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

21   §§ 3161(h)(7)(A) and (B).

22

23   Dated:   January 25, 2011              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28